

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2022

No. 04-21-00579-CR

**EX PARTE ERIC URIEL SIFUENTES**, et al,

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 5135
Roland Andrade, Judge Presiding

# O R D E R

Sitting:    Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

On December 22, 2021, appellants filed a notice of appeal of the denial of their pretrial habeas applications and an opposed emergency motion for immediate release under Texas Code of Criminal Procedure article 17.151.

On January 24, 2022, we issued our opinion in this case which, essentially, granted the relief requested in the emergency motion. We therefore deny the emergency motion as moot.

It is so **ORDERED** January 24, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT